UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GASPAR RODRIGUEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN MODULAR SYSTEMS, INC.,<br><br>Defendant. | Case No. 2:24-CV-03006-SCR<br><br>**[~~PROPOSED~~] ORDER GRANTING, IN PART, DEFENDANT AMERICAN MODULAR SYSTEMS, INC.'S MOTION TO COMPEL FURTHER RESPONSE AND DOCUMENT PRODUCTION FROM PLAINTIFF GASPAR RODRIGUEZ IN RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS NO. 50, AND REQUEST FOR SANCTIONS**<br><br>Date: September 24, 2026<br>Time: 10:00 a.m.<br>Courtroom: 27<br>Judge: U.S. Magistrate Judge Sean C. Riordan<br><br>Complaint filed: October 31, 2024 |

**~~[PROPOSED]~~ ORDER**

The Court, having read and considered the papers submitted both in support of and in opposition to Defendant American Modular Systems, Inc.'s ("Defendant") Motion to Compel Further Response and Document Production from Plaintiff Gaspar Rodriguez ("Plaintiff") in Response to Defendant's Request for Production of Documents No. 50, and Request for Sanctions (the "Motion"; Doc. 29), including the parties' "Joint Statement Re: Discovery Disagreement" (Doc. 30), as well as having considered the Parties' oral arguments during the September 24, 2026, hearing on the same, and good cause appearing therefore, rules as follows:

1. Defendant's Motion is GRANTED IN PART AND DENIED IN PART.

2. T-Mobile US, Inc. ("T-Mobile") is hereby ordered to comply with a subpoena issued on behalf of Defendant for records which reflect cell phone use details for Plaintiff's cellphone number(s) associated with T-Mobile, including voice, text, and data usage, for all billing cycles which cover the period of October 31, 2020, through October 9, 2025, inclusive (the "Subpoena").

3. This Order is without prejudice to renewal of Defendant's Motion with respect to all other relief requested therein following a response by T-Mobile to Defendant's Subpoena.

IT IS SO ORDERED.

DATED: September 29, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE